Motion by Richard Allen et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amici curiae on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted August 10, 2009; decided September 1, 2009

Reported below, 61 AD3d 460.

Motion by New York Civil Liberties Union et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted August 10, 2009; decided September 1, 2009

Reported below, 61 AD3d 460.

Motion by Citizens' Committee for Children of New York et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amici curiae on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted August 10, 2009; decided September 1, 2009

Reported below, 61 AD3d 460.

Motion by the New York State Bar Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted August 10, 2009; decided September 1, 2009

Reported below, 61 AD3d 460.